

| | 445 Park Avenue | P: 646-379-77093 |
|---|---|---|
| | 9th Floor | F: 866-839-4306 |
| | New York, NY 10022 | E: tma@youngandma.com |

**MEMO ENDORSED**

November 2, 2023

Via ECF

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Meyer et al v. The Literal Co. et al
          23-cv-06539-JGLC

Dear Judge Clarke,

    We are counsel to Defendants in this action.   Parties are aware that according to the Notice Of Initial Pretrial Conference (Docket No. 7), a proposed Civil Case Management Plan and Scheduling Order and joint letter are due today.  Because parties have been expending all resources and efforts towards the November 17, 2023 mediation, this deadline inadvertently came up and parties' counsel are expending best efforts to confer today, tomorrow, or early next week. As a placeholder, Defendants' counsel submits the enclosed draft Civil Case Management Plan and Scheduling Order and joint letter, which was proposed to Plaintiffs' counsel today in an effort to meet the deadline. We suspect that parties' counsel will confer quickly and send in a more finalized version by early next week.

    Thank you for your consideration.

Respectfully submitted,

*Tiffany Ma*

Tiffany Ma

cc:    Defendants' Counsel (via ECF)
        Enclosures

---

IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for November 9, 2023 at 12:00 p.m., is RESCHEDULED for **December 8, 2023** at **3:00 p.m.** The parties are directed to submit the proposed Case Management Plan and joint letter by **December 1, 2023**.

Dated: November 3, 2023
           New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge