

**THE SIEGEL LAW FIRM, P.C.**
COUNSELORS AT LAW
591 STEWART AVENUE- SUITE 550
GARDEN CITY, NEW YORK 11530
PHONE: (516) 558-7559
FAX:    (888) 315-8363

April 12, 2024

**VIA ECF**
Hon. Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Meyer and Streed v. The Literal Co, et al
            Case No. 23-cv-06539

Dear Judge Clarke:

    This office represents Plaintiffs in the above-referenced matter.  The parties jointly request an extension of time to submit to the Court the terms of the parties' settlement, and joint letter explaining why they believe the settlement reflects a fair and reasonable compromise of the disputed issues, from April 12, 2024 to April 17, 2024.  This is the first request for an extension of time. The reason this extension of time is being requested is that parties are working through the specific final language of the settlement agreement. Should the Court have any further questions, feel free to contact us.

    We thank the Court for its courtesies.

    Yours, etc.,

**THE SIEGEL LAW FIRM, P.C.**        **ROMANO LAW PLLC**

/s *Michael Kupferberg*        /s/ *David M. Fish*
By: Michael Kupferberg, Esq.        By: David M. Fish
Attorneys for Plaintiffs        Attorneys for Defendants

Application GRANTED. The parties shall file their submission by **April 17, 2024**. The Clerk of Court is directed to terminate ECF No. 50.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: April 15, 2024
       New York, New York