**MEMO ENDORSED**

# ROMANO
L A W

---

Davidf@RomanoLaw.com    One Battery Park Plaza, 7th Floor    (212) 865-9848
New York, NY 10004

April 17, 2024

**VIA ECF**

Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re:   *Meyer, et al. v. The Literal Co., et al.,* **Case No. 23-cv-06539 (JGLC)**

Dear Judge Clarke:

This firm represents Defendants in the above-referenced matter. Pursuant to Rule 2.e. of this Court's Individual Rules and Practices, the parties respectfully and jointly request a seven day extension of the deadline to submit to the Court the terms of the parties' settlement agreement and joint letter explaining the settlement's fair and reasonable compromise of the disputed issues at hand pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015).

The deadline for submission of the parties' settlement agreement and explanation letter for approval is April 17, 2024. The parties respectfully request that the Court extend that deadline by seven days, to April 24, 2024. This is the parties' second request for an extension of time. This Court granted the parties' previous joint request. The reason for this request for an extension of time is that the parties are continuing to work through the specific final language of the settlement agreement. The parties are available should the Court have any further questions.

Respectfully submitted,

| | |
|---|---|
| **THE SIEGEL LAW FIRM, P.C.** | **ROMANO LAW PLLC** |
| By: ___/s/ *Bradley R. Siegel*_____ | By: _/s/_*David M. Fish*_____ |
| Bradley R. Siegel, Esq. | David M. Fish |
| Bradley R. Siegel, Esq. | David M. Fish |
| 591 Stewart Avenue, Suite 550 | Andrew C. Ramstad |
| Garden City, New York 11530 | One Battery Park Plaza, 7th Floor |
| (516) 558-7559 | New York, NY 10004 |
| bradley@thesiegellawfirm.com | (212) 865-9848 |
| | davidf@romanolaw.com |
| | andrew@romanolaw.com |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendants* |

---

**Endorsement:**

Application GRANTED. The parties' deadline to file their submission is extended to **April 24, 2024**. The parties are reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline. The Clerk of Court is directed to terminate ECF No. 52.

Dated: April 18, 2024
New York, New York

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

1